# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1071
_____

JEFFNEY PHILISTIN,

   Appellant,

   v.

RICKY D. DIXON, Secretary,
Dept. of Corr.,

   Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

March 14, 2024

PER CURIAM.

   AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffney Philistin, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.